LAW OFFICES
# WOODLEY & McGILLIVARY LLP

1101 VERMONT AVENUE, N.W.
SUITE 1000
WASHINGTON, D.C. 20005
TELEPHONE: (202) 833-8855
FAX: (202) 452-1090
E-MAIL: INFO@WMLABORLAW.COM

THOMAS A. WOODLEY
GREGORY K. McGILLIVARY
DOUGLAS L. STEELE
MOLLY A. ELKIN
DAVID RICKSECKER
MEGAN K. MECHAK
SARA L. FAULMAN
DIANA J. NOBILE
REID COPLOFF
SARAH M. BLOCK
WILLIAM W. LI
JOHN W. STEWART

EDWARD J. HICKEY, JR.
(1912-2000)

March 5, 2018

**VIA ECF**
Hon. Alison Nathan
United States District Court
Southern District of New York
40 Foley Square, Courtroom 906
New York, NY 10007

Re:   *Campbell, et. al. v. City of New York,* Case No. 1:16-cv-08719-AJN

Dear Judge Nathan:

I represent the plaintiffs in the above referenced case. Pursuant to the November 7, 2017 Case Management Plan and Scheduling Order, I write today on behalf of both parties to provide the Court with the parties' current positions on referral to the Magistrate Judge for a settlement conference. The parties have not yet engaged in settlement discussions. The plaintiffs hope to provide a settlement proposal to the City within thirty days. The parties respectfully request thirty days after the plaintiffs have provided defendant with a settlement demand to update the Court again as to if the parties believe that a settlement conference would be helpful.

Thank you for your attention to this matter.

Sincerely,

David Ricksecker

cc:   Kerrin A. Bowers, counsel for Defendant
      Hope Pordy, counsel for Plaintiffs
      Gregory K. McGillivary, counsel for Plaintiffs