UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

HENRY CAMPBELL, et al.,

                                   Plaintiff,        **DEFENDANT'S NOTICE**
                                                **OF MOTION FOR**
                -against-                        **DECERTIFICATION**

CITY OF NEW YORK,                            16 CV 08719 (AJN)

                                 Defendants.
-----------------------------------------------------------------------x

            **PLEASE TAKE NOTICE** that upon the Declaration of J. Kevin Shaffer, dated

April 15, 2019, including all exhibits attached thereto, and the accompanying Memorandum of

Law in Support of Defendant's Motion for Decertification, dated April 15, 2019, and upon all the

papers and proceedings previously had herein, defendant City of New York ("City" or

"Defendant") in the above referenced matter, will move this Court at the United States

Courthouse for the Southern District of New York, 40 Foley Square, New York, New York,

10007, before the Honorable Alison J. Nathan, United States Judge, at a date and time to be set

by the Court for an order for decertification of the conditionally-certified collective for Count I

of the Complaint, together with such other and further relief as the Court deems just and proper.

Dated:      New York, New York
            April 15, 2019

                                    Respectfully Submitted,

                                    ZACHARY W. CARTER
                                    Corporation Counsel of the City of New York
                                    Attorneys for Defendant
                                    100 Church Street
                                    New York, New York 10007
                                    (212) 356-2473/1105

                     By:                    /s/           
                                    Kerrin A. Bowers
                                    J. Kevin Shaffer
                                    Assistants Corporation Counsel

TO:     All Counsel of Record (via ECF)

16 CV 08719 (AJN)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY CAMPBELL, ET AL.,

Plaintiffs,

- against -

CITY OF NEW YORK,

Defendant.

**NOTICE OF MOTION
FOR DECERTIFICATION**

***ZACHARY W. CARTER***
*Corporation Counsel of the City of New York*
Attorneys for Defendant
100 Church Street, Room 2-139/188
New York, NY 10007-2601

Of Counsel:  Kerrin A. Bowers, J. Kevin Shaffer
Tel:  (212) 356-2473/1105
kbowers@law.nyc.gov
jshaffer@law.nyc.gov

Our No. 2016-048230

*Due and timely service is hereby admitted.*
New York, N.Y...………………………........., 2019
.......................................................................................
Attorney for.................................................................