```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/20/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Henry Campbell et al.,

                Plaintiffs,

-against-

City of New York,

                Defendant.

1:16-cv-08719 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The parties are directed to appear for a telephone conference on Thursday, September 16, 2021, at 2:00 p.m. EST to discuss the Joint Motion for Settlement Approval. (*See* ECF No. 179.) At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

The Court adopts the procedure agreed to by the parties for any Plaintiff to object to the Settlement Agreement. (*See* Settlement Agreement, ECF No. 179-1, ¶ 8.1.) Accordingly, any Plaintiff who wishes to object shall appear (via telephone) for the conference or shall contact the Court in writing. (*See id*.) Plaintiffs' counsel must provide a copy of this Order to Plaintiffs via email, or other appropriate means, and, no later than Thursday, September 9, 2021, file an affidavit reflecting that such notice has been provided.

**SO ORDERED.**

DATED:    New York, New York
                August 20, 2021

                                                                     */s/ Stewart D. Aaron*
                                                                 STEWART D. AARON
                                                                 United States Magistrate Judge