UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Henry Campbell et al.,

                Plaintiffs,

-against-

City of New York,

                Defendant.

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/2/2021**

1:16-cv-08719 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

      The telephone conference originally scheduled for Thursday, September 16, 2021, at 2:00 p.m. (*see* Order, ECF No. 182) is hereby adjourned to Friday, September 17, 2021, at 11:00 a.m. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

Dated:     New York, New York
             September 2, 2021

_____
STEWART D. AARON
United States Magistrate Judge