```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/17/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
HENRY CAMPBELL, et al.,

                                       Plaintiffs,     16 Civ. 8719 (SDA)

        -against-

THE CITY OF NEW YORK,

                                       Defendant
------------------------------------------------------------------- x

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

This case having come before the Court upon the joint request of Plaintiffs and Defendant, the Court having been advised of and considered the Settlement Agreement dated July 29, 2021,* entered into by and among Plaintiffs and Defendant that has resulted from arm's length settlement negotiations, and upon the joint application of Plaintiffs and Defendant, by their Attorneys, seeking review and approval by the Court thereof, and based on the entire record, including the hearing held today, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

      1.     The Court approves and adopts the terms of the Settlement Agreement entered into between the Parties to the above captioned case. Recognizing that there has been, and there is no admission of liability by Defendant, the Settlement Agreement reflects a fair, reasonable, and appropriate compromise deemed in the best interest of the Parties and is in accordance with law.

      2.     Consistent with the Settlement Agreement, this action is hereby dismissed with prejudice. The Court will retain jurisdiction over the parties to the Agreement for the purpose of interpretation and compliance with the Agreement and Agreed Order of Dismissal with Prejudice.

SO ORDERED:
This 17th day of September, 2021.

                                                              _____
                                                              Hon. Stewart D. Aaron, U.S.M.J.

\* An updated version of Exhibit A to the Settlement Agreement was filed on September 9, 2021 at ECF No. 185.